UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LILIANA DIAZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No: 3:24-CV-00206-DB |
| ELP RESTAURANT HOLDINGS, LLC | § § § | |
| Defendant. | § § | |

## PLAINTIFF'S FIRST MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff LILIANA DIAZ asks the court to grant her leave to file Plaintiff's First Amended Complaint, and respectfully shows the court as follows:

1. The parties have not yet submitted a proposed scheduling order nor a proposed discovery plan.

2. Plaintiff's active pleading is Plaintiff's Original Petition that was filed in a Texas court before removal of the case to this court.

3. Plaintiff seeks to file a complaint that complies with Fed. R. Civ. P. Rule 8 that requires Defendants to answer in accordance with federal rules with admissions and denials so the issues of the case may be narrowed. Plaintiff also wants to amend the complaint to increase the amount of paid and incurred medical bills alleged to reflect the present total.

4. Submitted with this motion is Plaintiff's First Amended Complaint.

5. This motion is filed in the interest of justice.

**Prayer**

For these reasons, Plaintiff asks the court to grant this motion for leave to amend the complaint.

>Respectfully submitted,
>
> /s/ Perry Pinon
>PERRY PINON
>Attorney for Plaintiff
>State Bar No. 16016350
>1312 Montana Avenue
>El Paso, Texas   79902
>Tel (915)  546-9190
>Fax (915) 546-9192
>perrypinonatty@aol.com
>
> /s/ Juan A. Gonzalez
>JUAN A. GONZALEZ
>Attorney for Plaintiff
>State Bar No. 08129300
>1312 Montana Avenue
>El Paso, Texas 79902
>Tel (915) 532-8844
>Fax (915) 533-4790
>Juangonzalezlaw1@aol.com

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with opposing counsel,  Mark Chisholm  , by telephone on  July 8, 2024   and he does not oppose amendment of the complaint.

> /s/ Perry Pinon
>PERRY PINON

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of July 20 24, Plaintiff's First Amended Complaint was served on Defendant by and through its attorneys of record, Robert L. Craig, Jr. and Mark Chisholm, and the law firm of CRAIG, TERRILL, HAMM, GROSSMAN & Erwin, LLP, 9816 Slide road, Suite 201, Lubbock, Texas 79424, Tel. (806) 744-3232, Fax (806) 744-2211, in the following manner:

CM/ECF          X

/s/  Perry Pinon
Perry Pinon