UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LILIANA DIAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No: 3:24-CV-00206-DB |
| | § | |
| ELP RESTAURANT HOLDINGS, LLC | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice the Plaintiff has agreed to a settlement of her case with the Defendant. Plaintiff asks the court for sixty days to formalize and finalize the settlement. The Plaintiff needs time to obtain information and exchange information necessary for the Defendant's preparation of a settlement agreement and to determine how the settlement amount will be disbursed.

Executed on  May 23, 2025     .

Respectfully submitted,

 /s/ Perry Pinon
PERRY PINON
Attorney for Plaintiff
State Bar No. 16016350
1312 Montana Ave.
El Paso, Texas  79902
(915) 546-9190
perrypinonatty@aol.com

/s/ Juan A. Gonzalez  
JUAN A. GONZALEZ  
Attorney for Plaintiff  
State Bar No. 08129300  
1312 Montana Avenue  
El Paso, Texas 79902  
Tel (915) 532-8844  
Fax (915) 533-4790  
Juangonzalezlaw1@aol.com  

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the  23  day of May  20 25 , Plaintiff's Notice of Settlement was served on Defendant by and through its attorneys of record, Robert L. Craig, Jr. and Mark Chisholm, and the law firm of Craig, Terrill, Hamm, Grossman & Erwin, LLP, 9816 Slide road, Suite 201, Lubbock, Texas 79424, Tel. (806) 744-3232, Fax (806) 744-2211 via the court's electronic filing and service system.

/s/ Perry Pinon  
Perry Pinon