IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LILIANA DIAZ-CHAVEZ,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-24-CV-00206-DB |
| ELP RESTAURANT HOLDINGS, LLC,<br>Defendant. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On September 16, 2025, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this 16th day of September 2025.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE